■ In the Matter of MARGARET MCCANN, Appellant, v LENA DI PRONIO et al., Constituting the Board of Elections of the County of Seneca, and RUDOLPH BERTINO and JOHN ANDREWS, Respondents. — Order unanimously affirmed, without costs. Memorandum. Subdivision 1 of section 6-132 of the Election Law requires that the name and residence of the candidate be provided on the designating petition. The designating petition fully complied with these requirements, and no further identification is necessary. (Appeal from order of Seneca Supreme Court, Henry, J. — Election Law.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ KENFORD COMPANY, INC., et al., Respondents, v COUNTY OF ERIE et al., Respondents, and GEORGE CATALANO et al., Intervenors-Appellants. — Order unanimously affirmed, without costs. Memorandum: Appellants have demonstrated no standing to permit them to intervene. The motion was properly denied (see CPLR 1012, subd [a], pars 1, 2; 1013). (Appeal from order of

Supreme Court, Erie County, Marshall, J. — Intervention.) Present — Hancock, Jr., J. P., Doerr, Boomer, O'Donnell and Schnepp, JJ.